NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NISSIM CORP.,**
*Petitioner.*

---

Miscellaneous Docket No. 973

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Florida in case no. 04-CV-21140, Judge Paul C. Huck.

---

**ON PETITION**

---

## ORDER

Nissim Corp. submits a petition for a writ of mandamus to direct the United States District Court for the Southern District of Florida to vacate its November 23, 2010 order denying Nissim's motion to vacate the reappointment of David. K. Friedland as special master pursuant to Rule 53(a)(1)(A) of the Federal Rules of Civil Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

Clearplay, Inc. et al. are directed to respond no later than February 4, 2011.

FOR THE COURT

JAN 19 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John C. Carey, Esq.
Gregory S. Tamkin, Esq.
Clerk, United States District Court For The Southern District Of Florida

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK